IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LEALON MULDROW,**

              **Petitioner,**

              v.                     CASE NO. 10-3160-RDR

**WARDEN CLAUDE**
**CHESTER, et al.,**

              **Respondents.**

**O R D E R**

On October 5, 2010, the court entered an Order screening the materials filed in this action. Petitioner was given time to satisfy the appropriate filing fee and to file an amended petition omitting the improper respondents and the improper claims, including those regarding conditions of confinement, from this action, which was styled by him as petition for writ of habeas corpus. Petitioner was apprised of additional deficiencies in his claims and his petition and ordered to cure those as well, including that he must show exhaustion of administrative remedies. Mr. Muldrow was advised that if he failed to file an Amended Petition, the court could dismiss all respondents other than the current warden and all the conditions claims without prejudice, and that if he failed to properly respond to any portion of the court's Memorandum and Order within the allotted time, this action could be dismissed without further notice. The time in which petitioner was required to respond has expired and nothing further has been filed by him. The court finds that this action must be dismissed due to

petitioner's failure to satisfy the filing fee and failure to comply with other orders of the court.

**IT IS THEREFORE ORDERED** that this action is dismissed, without prejudice, for the reasons stated in the court's Memorandum and Order dated October 5, 2010, and herein.

**IT IS SO ORDERED.**

DATED: This 12th day of November, 2010, at Topeka, Kansas.

<u>s/RICHARD D. ROGERS</u>
**United States District Judge**